MINUTE ENTRY
NORTH, M.J.
MARCH 17, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN D. PHELPS, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 13-6685 |
| | c/w 13-6686 |
| DAIMLER TRUCKS NORTH AMERICA, LLC, ET AL. | SECTION: "N" (5) |

## HEARING ON MOTION

APPEARANCES:    Hugh Lambert, Kyle Choate, Joseph Dunn, Brian LeCompte, Woody Norwood, Nicholas Loyal, Matthew Morgan, Stuart White

MOTION:

(1) Intervening Plaintiffs' and Defendants' Motion to Quash (Rec. doc. 140).
(2) Intervening Plaintiffs' and Defendants' Motion for Expedited Hearing on Motion to Quash (Rec. doc. 141).

_____ :     Continued to

_____ :     No opposition

_____ :     Opposition

## ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

__2__ :     Granted.

MJSTAR(00:20)

| __1__ : | Denied. Notwithstanding the somewhat belated nature of Movants' motion, Dr. Vasiliades was initially retained to provide opinions relevant to a workers' compensation proceeding and not in anticipation of litigation or in preparation for trial and thus does not fall within the prohibition of Rule 26(b)(4)(D). Objections to the admissibility of the doctor's deposition testimony can be made to the presiding District Judge. |
|---|---|
| ____ : | Other. |

```
_____
        MICHAEL B. NORTH
    UNITED STATES MAGISTRATE JUDGE
```