UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN D. PHELPS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-6685<br>c/w 13-6686 |
| DAIMLER TRUCKS NORTH AMERICA, LLC<br>D/B/A FREIGHTLINER, LLC | SECTION "N" (5) |

# ORDER AND REASONS

Before the Court is Plaintiffs Sarah Slaughter and Allen R. Slaughter, Jr.'s, Custodial Grandparents of Minor Zephra Annalynn Payne, and Administrators of the Estate of the Minor Zephra Annalynn appearing herein on Behalf of the Minor Zephra Annalynn Payne, Motion for Partial Summary Judgment on Comparative Fault (Rec. Doc. 179). The motion seeks summary judgment in Plaintiffs' favor as to Defendants CRST Expedited, Inc. and CRST International, Inc.'s affirmative defense of comparative fault. The motion is unopposed.

Accordingly, **IT IS ORDERED** that the motion Rec. Doc. 179 is hereby **GRANTED**.

New Orleans, Louisiana, this 16th day of June 2015.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1